**Anthony GONSALVES et al.**

v.

**ALPINE COUNTRY CLUB.**

**No. 80–372–M.P.**

Supreme Court of Rhode Island.

June 18, 1981.

° Shuman, Ross & White, Robert A. Shuman, Stephen R. White, Providence, for petitioners.

Christopher F. Long, Fall River, Mass., for respondent.

ORDER

Certiorari was granted in this case on December 11, 1980. Since neither the writ nor the Superior Court papers were filed here, petitioners were directed to appear on June 18, 1981 and *show cause* why the writ should not be quashed for lack of prosecution.

*No cause having been* shown, the petition for certiorari is denied and dismissed and the writ heretofore issued is quashed.

**In re Kenneth GUARINO, Anthony DiBona and Joseph Renzi.**

**No. 81–299–M.P.**

Supreme Court of Rhode Island.

June 18, 1981.

John F. Sheehan, Providence, for petitioners.

Dennis J. Roberts II, Atty. Gen., Kathryn A. Panciera, Sp. Asst. Atty. Gen., for respondent.

ORDER

The petition for writ of habeas corpus is denied.

**Rosemary D. MELKONIAN**

v.

**Paul MELKONIAN.**

**No. 80–473–A.**

Supreme Court of Rhode Island.

June 18, 1981.

Alfred Factor, Providence, for petitioner.

George Ajootain, Providence, for respondent.

ORDER

The respondent's appeal is hereby dismissed for lack of prosecution.